**Order filed September 15, 2016**



## In The

# Eleventh Court of Appeals

_____

### No. 11-16-00177-CV
_____

**KERWIN STEPHENS; THUNDERBIRD OIL & GAS, LLC; THUNDERBIRD RESOURCES, LLC; THUNDERBIRD LAND SERVICES, LLC; STEPHENS & MYERS, LLP; AND CHESTER CARROLL, Appellants**

**V.**

**THREE FINGER BLACK SHALE PARTNERSHIP; TREK RESOURCES, INC.; TIBURON LAND & CATTLE, L.P.; L.W. HUNT RESOURCES, LLC; AND RICHARD RAUGHTON, Appellees**

———and———

**L.W. HUNT RESOURCES, LLC AND RICHARD RAUGHTON, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST OF ARAPAHO ENERGY, LLC, Cross-Appellants**

**V.**

**KERWIN STEPHENS; THUNDERBIRD OIL & GAS, LLC; THUNDERBIRD RESOURCES, LLC; THUNDERBIRD LAND**

# SERVICES, LLC; STEPHENS & MYERS, LLP; AND CHESTER CARROLL, Cross-Appellees

**On Appeal from the 32nd District Court**
**Fisher County, Texas**
**Trial Court Cause No. DC-2013-0016**

## O R D E R

Appellants Kerwin Stephens and Thunderbird Resources, LLC have filed in this court an emergency motion for temporary stay pending a ruling on a motion that they intend to file in this court pursuant to Rule 24.4 of the Texas Rules of Appellate Procedure. The movants indicate in their motion that the underlying judgment from which they have appealed is an adverse judgment of more than $35 million. Movants indicate that they are attempting, by various means, to suspend the enforcement of the judgment. Movants assert that the trial court has ruled against them in their efforts to supersede the judgment, has refused to further stay the execution of the judgment, and has thus given Appellees the right to begin immediate execution and collection of the judgment. According to the motion, movants will file a Rule 24.4 motion in this court as soon as the record with respect to the trial court's supersedeas rulings is prepared. In order to afford movants time to obtain a record with respect to the supersedeas rulings and file a Rule 24.4 motion in this court and also to permit this court sufficient time to review the merits of the Rule 24.4 motion once it is filed, we issue a temporary stay, effective immediately. *See* TEX. R. APP. P. 24.4(c).

Movants' request for a temporary stay is granted, and the enforcement or execution of the underlying judgment against movants—Kerwin Stephens and Thunderbird Resources, LLC—is stayed pending further order of this court. As suggested in their motion and provided for in TEX. R. APP. P. 24.2(d), movants are

hereby enjoined "from dissipating or transferring assets to avoid satisfaction of the judgment."

PER CURIAM

September 15, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.